**Alfredo Ignacio ARROYO–ROSALES, Petitioner,**

v.

**Michael B. MUKASEY,[1] Respondent.**

No. 07–1753.

United States Court of Appeals, Eighth Circuit.

Submitted: July 1, 2008.

Filed: July 14, 2008.

Alfredo Ignacio Arroyo–Rosales, Tecumseh, NE, pro se.

Laurie Barrett, I, Assistant U.S. Attorney, U.S. Attorney's Office, District of Nebraska, Jeff Lynch, U.S. Department of Homeland Security, Omaha, NE, Karen Yolanda Drummond, Richard M. Evans, Assistant Director, Thomas W. Hussey, Marion Guyton, Andrew Oliveira, U.S. Department of Justice, Civil Division, Office of Immigration Litigation, Washington, DC, Lori Scialabba, U.S. Department of Justice, Executive Office for Immigration Review, Office of General Counsel, Falls Church, VA, for Respondent.

Before BYE, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Alfredo Ignacio Arroyo–Rosales, a citizen of Mexico, petitions for review of an

---

1. Michael B. Mukasey, now Attorney General of the United States, is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).

order of the Board of Immigration Appeals (BIA), which affirmed an Immigration Judge's (IJ's) removal order. The petition is untimely because it was not filed within thirty days of the BIA's final order. *See* 8 U.S.C. § 1252(b)(1) (petition for review of order of removal "must be filed" within 30 days after date of final order of removal); *Halabi v. Ashcroft*, 316 F.3d 807, 807 (8th Cir.2003) (per curiam) (BIA's affirmance of IJ's ruling is "final order"). Accordingly, we dismiss the petition.